# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADAM AND SYLVIA SPECTOR,**<br>　　　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**FIREMAN'S FUND INSURANCE CO.**<br>**T/A/D/B/A**<br>**NATIONAL SURETY CORPORATION,**<br>　　　　　　　　**Defendant.** | **CIVIL ACTION**<br><br>**NO. 09-1311** |

## ORDER

**AND NOW**, this \_\_\_ of July, 2010, following a bench trial and pursuant to Fed. R. Civ. P. 52(a), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. **JUDGMENT IS ENTERED** in favor of Plaintiffs Adam and Sylvia Spector, and against Defendant Fireman's Fund Insurance Co., on Count I - Breach of Contract, in the amount of one hundred four thousand, four hundred thirty-two dollars ($104,432.00) plus corresponding reasonable attorney fees and costs;

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiffs on Count II - Bad Faith; and

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiffs on Count III - Violation of Pennsylvania's Unfair Trade Practices and Consumer Protection Law.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall submit to the Court an itemization of hours and costs associated with litigating Count I of the Complaint for purposes of determining the attorney fees and costs to be awarded to Plaintiffs.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Petrese B. Tucker
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, U.S.D.J.**